IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE ARRIAGA,

      Plaintiff,

  v.

HARTFORD LIFE INSURANCE COMPANY, a Corporation, MAGNA ENTERTAINMENT CORPORATION, INC., a Corporation, and DOES 1–10, inclusive,

      Defendants.

          /

No. C 06-02004 WHA

**ORDER GRANTING IN PART STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

The Court hereby **ORDERS**:

1. Each defendant's time to respond to the complaint is extended to **JUNE 19, 2006**;

2. Meet-and-confer deadline re initial disclosures, early settlement, ADR process selection and discovery plan is extended to **JUNE 22, 2006**;

3. Deadline for initial disclosures and Rule 26(f) report is extended to **JUNE 29, 2006**;

4. A joint case management statement must be filed by **JUNE 29, 2006**; and

5. The case management conference is continued to **JULY 6, 2006, AT 11:00 A.M.**

**PLEASE NOTE THAT THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: June 15, 2006.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE