**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARRIAGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARTFORD LIFE INSURANCE COMPANY, A Corporation, MAGNA ENTERTAINMENT CORPORATION INC., A Corporation, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 06-02004 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The case management conference, currently set for July 6, 2006, is **CONTINUED** to **AUGUST 4, 2006, AT 11:00 A.M.** The conference will be vacated upon filing of a request for dismissal by the parties prior to said date.

　　　**IT IS SO ORDERED.**

Dated: June 29, 2006.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE